# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Pennsylvania State Police, Bureau of : <br>
Liquor Control Enforcement, : <br>
                  Appellant : <br>
: <br>
        v. : <br>
:   No. 2706 C.D. 2015 <br>
Big D Restaurants, LLC : <br>

## O R D E R

AND NOW, this 10th day of November, 2016, it is ORDERED that the above-captioned opinion filed September 8, 2016, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____ <br>
ANNE E. COVEY, Judge